**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| IN RE REV GROUP, INC. DERIVATIVE ACTION, | Lead Case No. 2:21-cv-283-LA |

# PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT

Plaintiffs Travis Voll and proposed Executrix of the Estate of Melvyn Klein ("Plaintiffs"), derivatively on behalf of REV Group, Inc., respectfully move this Court, the Honorable Lynn Adelman of the United States District Court for the Eastern District of Wisconsin, 517 East Wisconsin Avenue, Courtroom 390, Milwaukee, WI 53202, for an Order preliminarily approving the settlement set forth in the Stipulation and Agreement of Settlement, dated December 16, 2021 ("Stipulation"), and filed contemporaneously herewith. The Parties' agreed-upon form of [Proposed] Order Preliminarily Approving Derivative Settlement and Providing for Notice, attached as Exhibit C to the Stipulation, is submitted herewith.

This Motion is based on the accompanying Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Derivative Settlement, the Stipulation, and such additional evidence or argument as may be required by the Court.

Dated: January 14, 2022

Respectfully submitted,

**GAINEY MCKENNA & EGLESTON**

*<u>/s/ Thomas J. McKenna</u>*
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
tjmckenna@gme-law.com
gegleston@gme-law.com

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**
Ex Kano S. Sams II, (#192936 )
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: esams@glancylaw.com

*Liaison Counsel for Plaintiffs*